UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAYMOND YOUNG, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:08-cv-1850 |
| § | |
| TIDEWATER, INC., GULF FLEET § | |
| SUPPLY VESSELS, L.L.C., § | |
| TIDEWATER MARINE, L.L.C., and § | |
| KIM SUSAN, L.L.C., § | |
| § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Before the Court are the Motion to Reconsider Its Motion to Transfer Venue (Doc. No. 25) and Motion for Leave to File Reply (Doc. No. 29) of Defendant Kim Susan L.L.C. ("Kim Susan"). After considering the parties' filings, all responses and replies thereto, and the applicable law, the Court finds that Kim Susan's Motion for Leave to File Reply should be granted and its Motion to Reconsider should be denied.

Kim Susan filed a Motion to Transfer Venue on September 22, 2008. (Doc. No. 18.) The Court held a hearing on the Motion on October 23, 2008, at which time it was informed that Defendant Tidewater, Inc. ("Tidewater") did not join Kim Susan's Motion to Transfer Venue. The Court then denied the Motion. Kim Susan now moves for reconsideration, arguing that Tidewater is an improper defendant in the case. Tidewater, however, has not filed a motion to dismiss, even though the dispositive motions deadline has passed. Since Tidewater has not expressed its agreement to Kim Susan's Motion to Reconsider, and since the case is set for trial on September 14, 2009, just two months away, the Court will not reconsider its previous ruling at this time.

1

For these reasons, Kim Susan's Motion for Leave to File Reply is **GRANTED** and its Motion to Reconsider is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the _13th_ day of July, 2009.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**